OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed and the judgment of Special Term reinstated, with costs, on the reasoning of the dissenting memorandum of Mr. Justice Michael E. Sweeney at the Appellate Division, to which we add only that in adopting subdivision j of section 6000.1 [9 NYCRR 6000.1 (j)] of its regulations respondent has adopted such regulation as to height "as it deems necessary and proper” and has, therefore, conformed to its obligation under subdivision 2 of section 840 of the Executive Law.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order reversed, with costs, and the judgment of Supreme Court, Albany County, reinstated in a memorandum.